**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael T. RIVERS, Defendant–**
**Appellant.**

No. 14–11185
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 17, 2014.

Cherie Krigsman, Natalie Hirt Adams, Arthur Lee Bentley, III, Jennifer Lynn

Peresie, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

John Leonard Badalamenti, Stephen Baer, Dionja Dyer, Federal Public Defender's Office, Tampa, FL, Meghan Ann Collins, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Michael T. Rivers in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rivers's conviction and sentence are **AFFIRMED.**